

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; and Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust v. J. Howard Marshall, III; Howard Stern, as Executor of the Estate of Vickie Lynn Marshall; Harvey Sorensen; and Foulston & Siefkin, L.L.P.

\*\*\*\*

J. Howard Marshall, III v. Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; Harvey Sorensen; Foulston & Siefkin, L.L.P.; Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust; Charles Koch; Don Cordes; and Koch Industries, Inc.

\*\*\*\*

Howard Stern, as Executor of the Estate of Vickie Lynn Marshall v. Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust

Number Two, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; Harvey Sorensen; Foulston & Siefkin, L.L.P.; Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust

Appellate case number: 01-02-00114-CV

Trial court case number:      276,815-402

Trial court:                Probate Court No. 2 of Harris County

Howard Stern, as Executor of the Estate of Vickie Lynn Marshall, has filed a "Suggestion of Death of Vickie Lynn Marshall and Statement Regarding Counsel and the Reporter's Record." In the document, Stern "asks to be named as an Appellant in this action in place of Vickie Lynn Marshall and that this appeal proceed in the name of the Estate." We grant the motion and order that Howard Stern, as Executor of the Estate of Vickie Lynn Marshall, be substituted for Vickie Lynn Marshall in this appeal.

It is so ORDERED.

Judge's signature: /s/ Chief Justice Sherry Radack
                            ☒ Acting individually    ☐ Acting for the Court
Date: April 15, 2014